**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Leonard Allen SCHENK, Defendant–
Appellant.**

No. 07–15855
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 12, 2008.

Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, Robert A. Dennis, Jr., Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Before BIRCH, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Robert Augustus Harper, appointed counsel for Leonard Allen Schenk in this appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Schenk's sentence is **AFFIRMED.**